| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  WHIPPLE, HAROLD D. | 2. Court or Organization  Western District of Missouri | 3. Date of Report  05/01/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. DISTRICT JUDGE (Senior Status) | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

8462 Chas. Evans Whittaker Crt
400 East 9th Street
Kansas City, MO 64106

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/01/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Missouri Judges Retirement System - Pension | $42,775.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Administrative Office - U.S. Courts - Administrative Assistant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/01/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Woodlands, Dallas Co., MO | | None | L | W | | | | | |
| 2. Woodlands, Dallas Co., MO | | None | K | W | | | | | |
| 3. Office Bldg., Lebanon, MO | | None | K | W | | | | | |
| 4. 1/2 Owner woodlands, Laclede Co., MO | | None | J | W | | | | | |
| 5. 1/3 Owner woodlands, Lebanon, MO | | None | K | W | | | | | |
| 6. Ally Demand Notes | A | Interest | L | T | | | | | |
| 7. Bank of America Accounts | A | Interest | M | T | | | | | |
| 8. Mid-Missouri Bank Account | A | Interest | M | T | | | | | |
| 9. Federated Total Return Bond Fund | B | Dividend | K | T | Sold (part) | 7/10/13 | K | | |
| 10. Pimco Foreign Bond Fund | A | Dividend | | | Buy (add'l) | 02/14/13 | J | | |
| 11. | | | | | Sold (part) | 06/03/13 | J | | |
| 12. | | | | | Sold | 12/24/13 | K | | |
| 13. Vanguard GNMA Fund | A | Dividend | | | Sold | 06/21/13 | J | | |
| 14. Vanguard Developed Markets Index | B | Dividend | K | T | Sold (part) | 02/25/13 | K | | |
| 15. Vanguard Institutional Index | A | Dividend | K | T | | | | | |
| 16. Dimensional Fund Advisors Investment Dimensions Group | D | Dividend | N | T | Sold (part) | 01/14/13 | J | | |
| 17. | | | | | Sold (part) | 02/25/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #1 | D | Dividend | N | T | | | | | |
| 19. -- AIM Invesco European Growth Fund CL A | | | | | | | | | |
| 20. -- AIM Invesco American Franchise CL A | | | | | | | | | |
| 21. --AIM Invesco Moderate Allocation CL A | | | | | | | | | |
| 22. Pim. Comm. | A | Dividend | J | T | Buy (add'l) | 01/10/13 | J | | |
| 23. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 24. | | | | | Sold (part) | 12/18/13 | J | | |
| 25. Vanguard Inflation Protected | B | Dividend | L | T | | | | | |
| 26. Vanguard Index Funds Grw Idx Signal | A | Dividend | K | T | | | | | |
| 27. Central Bank Accounts | A | Interest | L | T | | | | | |
| 28. Academy Bank | A | Interest | M | T | | | | | |
| 29. Federated High-Yield Bond | B | Dividend | K | T | Buy (add'l) | 01/10/13 | J | | |
| 30. | | | | | Sold (part) | 01/16/13 | J | | |
| 31. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 32. Federated Ultra-Short Bond | A | Dividend | J | T | Buy | 01/25/13 | J | | |
| 33. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 34. Vanguard Short-Term Inv. Grade | B | Dividend | L | T | Buy (add'l) | 01/16/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/25/13 | J | | |
| 36. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 37. Vanguard Int-Term Inv. Grade | B | Dividend | K | T | Sold (part) | 07/10/13 | J | | |
| 38. AQR Diversified | A | Dividend | K | T | Buy (add'l) | 01/10/13 | J | | |
| 39. | | | | | Sold (part) | 02/14/13 | K | | |
| 40. | | | | | Buy (add'l) | 12/04/13 | K | | |
| 41. Aberdeen Emerging Mkts | A | Dividend | K | T | Buy (add'l) | 01/10/13 | J | | |
| 42. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 43. | | | | | Sold (part) | 12/19/13 | J | | |
| 44. Cohen & Steers Realty | A | Dividend | | | Buy (add'l) | 01/10/13 | J | | |
| 45. | | | | | Sold (part) | 06/03/13 | J | | |
| 46. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 47. | | | | | Sold | 12/19/13 | J | | |
| 48. Eaton Vance Floating | A | Dividend | K | T | Buy (add'l) | 01/10/13 | J | | |
| 49. | | | | | Buy (add'l) | 06/21/13 | J | | |
| 50. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 51. Eaton Vance Global | | None | | | Buy (add'l) | 01/10/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 02/14/13 | J | | |
| 53. | | | | | Buy (add'l) | 06/13/13 | J | | |
| 54. | | | | | Sold | 11/14/13 | K | | |
| 55. Federated Strategic | A | Dividend | K | T | Buy (add'l) | 01/10/13 | J | | |
| 56. | | | | | Sold (part) | 11/25/13 | J | | |
| 57. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 58. Fidelity Contrafund Inc. | C | Dividend | K | T | Buy (add'l) | 01/10/13 | K | | |
| 59. | | | | | Sold (part) | 11/25/13 | J | | |
| 60. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 61. Goldman Sachs Emerging Mkts | A | Dividend | | | Buy (add'l) | 01/10/13 | J | | |
| 62. | | | | | Sold | 06/03/13 | J | | |
| 63. Goldman Sachs US Equity | | None | | | Sold | 01/14/13 | J | | |
| 64. ING Global Real Estate | A | Dividend | K | T | Buy (add'l) | 01/10/13 | J | | |
| 65. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 66. | | | | | Sold (part) | 11/21/13 | J | | |
| 67. | | | | | Buy (add'l) | 11/25/13 | J | | |
| 68. | | | | | Sold (part) | 12/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IShares S&P Growth Allocation | | None | | | Sold | 01/09/13 | J | | |
| 70. Janus Triton Fund | | None | | | Buy (add'l) | 01/10/13 | J | | |
| 71. | | | | | Sold | 06/03/13 | J | | |
| 72. JP Morgan Core | A | Dividend | | | Buy (add'l) | 01/10/13 | J | | |
| 73. | | | | | Sold (part) | 01/16/13 | J | | |
| 74. | | | | | Sold | 07/10/13 | K | | |
| 75. Loomis Sayles Global Bond | A | Dividend | K | T | Buy (add'l) | 01/10/13 | J | | |
| 76. | | | | | Sold (part) | 02/14/13 | J | | |
| 77. | | | | | Sold (part) | 06/03/13 | J | | |
| 78. | | | | | Buy (add'l) | 12/24/13 | K | | |
| 79. MFS Int'l New Discovery | A | Dividend | J | T | Buy (add'l) | 01/10/13 | J | | |
| 80. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 81. | | | | | Buy (add'l) | 12/18/13 | J | | |
| 82. Mainstay Large Cap Growth Fund | A | Dividend | | | Sold | 01/14/13 | K | | |
| 83. Matthews Pacific Tiger Fund | A | Dividend | J | T | Buy (add'l) | 11/25/13 | J | | |
| 84. Meridian Growth Fund Inc. | B | Dividend | J | T | Buy (add'l) | 01/11/13 | J | | |
| 85. | | | | | Buy (add'l) | 12/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 12/27/13 | J | | |
| 87. Southernsun Small Cap Intsl (formerly Northern Lights Southernsun) | A | Dividend | J | T | Buy (add'l) | 01/10/13 | J | | |
| 88. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 89. Oakmark International | A | Dividend | J | T | Buy (add'l) | 01/10/13 | J | | |
| 90. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 91. PIMCO All Asset | B | Dividend | K | T | Buy (add'l) | 01/10/13 | K | | |
| 92. | | | | | Sold (part) | 11/14/13 | L | | |
| 93. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 94. PIMCO Low Duration | A | Dividend | K | T | Buy (add'l) | 01/10/13 | J | | |
| 95. | | | | | Sold (part) | 11/25/13 | J | | |
| 96. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 97. PIMCO Real Return | A | Dividend | J | T | Buy (add'l) | 01/10/13 | J | | |
| 98. | | | | | Sold (part) | 08/19/13 | J | | |
| 99. PIMCO Total Return | B | Dividend | K | T | Buy (add'l) | 01/10/13 | J | | |
| 100. | | | | | Sold (part) | 01/16/13 | J | | |
| 101. | | | | | Sold (part) | 11/25/13 | J | | |
| 102. | | | | | Buy (add'l) | 12/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Robeco Boston Partners | A | Dividend | K | T | Buy (add'l) | 01/10/13 | J | | |
| 104. | | | | | Sold (part) | 11/25/13 | J | | |
| 105. Tortoise Energy Infrastructure | B | Dividend | K | T | | | | | |
| 106. Vanguard Equity Income | B | Dividend | K | T | Buy (add'l) | 01/10/13 | J | | |
| 107. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 108. Vanguard Total Stock | A | Dividend | J | T | Buy (add'l) | 01/10/13 | J | | |
| 109. Virtus Emerging Mkts | A | Dividend | J | T | Buy (add'l) | 01/10/13 | J | | |
| 110. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 111. | | | | | Sold (part) | 12/19/13 | J | | |
| 112. Wasatch Small Cap Growth Fund | A | Dividend | J | T | Buy (add'l) | 01/10/13 | J | | |
| 113. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 114. AQR Managed Futures Strategy Alternative FD CL I (x) | A | Dividend | K | T | Buy | 02/14/13 | K | | |
| 115. | | | | | Buy (add'l) | 06/13/13 | J | | |
| 116. | | | | | Sold (part) | 11/14/13 | J | | |
| 117. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 118. AQR Multi Strategy Alternative FD I (x) | B | Dividend | K | T | Buy | 02/14/13 | K | | |
| 119. | | | | | Buy (add'l) | 06/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WHIPPLE, HAROLD D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 11/14/13 | J | | |
| 121. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 122. Aston Fairpointe Midcap FD CL I (x) | | None | J | T | Buy | 12/31/13 | J | | |
| 123. Driehaus Select Credit FD (x) | B | Dividend | L | T | Buy | 02/14/13 | L | | |
| 124. | | | | | Buy (add'l) | 06/13/13 | J | | |
| 125. | | | | | Buy (add'l) | 12/04/13 | K | | |
| 126. Eaton Vance Parametric Commodity (x) | | None | J | T | Buy | 12/04/13 | J | | |
| 127. Goldman Sachs Mid Cap Value FD (x) | B | Dividend | J | T | Buy | 06/03/13 | J | | |
| 128. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 129. | | | | | Sold (part) | 12/31/13 | J | | |
| 130. Goldman Sachs Strategic Income FD CL I (x) | A | Dividend | L | T | Buy | 07/10/13 | L | | |
| 131. | | | | | Sold (part) | 11/25/13 | J | | |
| 132. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 133. MFS Emerging Markets Debt CL I (x) | B | Dividend | J | T | Buy | 02/14/13 | J | | |
| 134. | | | | | Sold (part) | 11/25/13 | J | | |
| 135. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 136. Templeton Global Bond Fund (x) | A | Dividend | K | T | Buy | 02/14/13 | J | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 12/24/13 | K | | |
| 138. Tortoise/Nuance MLP & Pipeline (x) | A | Dividend | J | T | Buy | 01/10/13 | J | | |
| 139. | | | | | Buy (add'l) | 12/18/13 | J | | |
| 140. Whitebox Tactical Opportunities FD (x) | A | Dividend | K | T | Buy | 11/14/13 | K | | |
| 141. | | | | | Buy (add'l) | 12/04/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/01/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts. Number 32 of 2012 Report (which is #20 of 2013 Report) formerly known as AIM Invesco Constellation CL A merged and is now known as AIM Invesco American Franchise CL A.

Part VII. Investments and Trusts. Number 33 of 2012 Report (which is #21 of 2013 Report) is actually part of IRA #1. Thus, the information has been included under IRA #1.

Part VII. Investments and Trusts. Number 77 of 2012 report (which is #87 of 2013 Report) formerly known as Northern Lights Southernsun is now known as Southernsun Small Cap Intsl.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ HAROLD D. WHIPPLE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544